UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Granite State Gas Transmission, Inc.

                    v.                              Civil No. 08-cv-400-PB

Easements to Contruct Facilities
for the Maintenance and Operation
of Gas Transmission Pipeline



ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for

judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with

prejudice.

        SO ORDERED.

November 25, 2008                        */s/ Paul Barbadoro*
                                         Paul Barbadoro
                                         United States District Judge



cc:    Heidi R. Wolmuth, Esq.